UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CEQUENT TRAILER PRODUCTS, INC.,

                Plaintiff,

      -vs-                                    Civil Action No.:
                                               05-CV-0074 (NAM/GJD)

DIVERSI-TECH CORP.,

                Defendant.

## **NOTICE OF MOTION**

      PLEASE TAKE NOTICE that the motion of Defendant, Diversi-Tech Corp. for summary judgment of patent invalidity under 35 U.S.C. § 102(a) and (b) is returnable in the United States District Court for the Northern District of New York, at the Federal Courthouse, 100 S. Clinton Street, Syracuse, New York, before the Hon. Norman A. Mordue, U.S.D.J., on his regularly scheduled return date of July 20, 2005 at 10:00 a.m.  The motion is founded upon the annexed Statement of Undisputed Material Facts; Declaration of Paul W. Budge, dated June 7, 2005, with exhibits;  Declaration of Brian Musgrave, with exhibit; Declaration of Larry Musgrave, with exhibit, Declaration of Jon Rimer, with exhibit; Declaration of James Rimer, with exhibit;

Declaration of James R. Muldoon, Esq., with exhibits; and such reply papers as Defendant may later file in accordance with the Federal Rules of Civil Procedure and the Local Rules.

Dated: June 7, 2005.

        Respectfully Submitted,

        WALL, MARJAMA & BILINSKI, LLP

        By: *s/James R. Muldoon*
            James R. Muldoon
            (Bar Roll No. 506772)
        Office and P.O. Address
        101 South Salina Street, Suite 400
        Syracuse, New York  13202
        Telephone:  (315) 425-9000
        Facsimile:   (315) 425-9114

        *Attorneys for Defendant Diversi-Tech Corp.*

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 7, 2005, I electronically filed the Notice of Motion with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing, to the following:

          Edward R. Conan, Esq.
          Bond, Schoeneck & King, PLLC
          One Lincoln Center
          Syracuse, NY  13202

          *s/James R. Muldoon*
          James R. Muldoon