

Trailer Tongue Coupler
Pad lock Devise
Invented By: Paul W Budge 

Trail Coupler Locking or clamping Area

Axle Shackle Lock Bar

Ball Attached to Lock Housing

Side Pin Actuator Cam Rod

Lock cylinder in front of Cam Rod

Spring

Slide Pin shown unlocked

Slide Pin shown Locked

8-28-00
Diane McDaniel

NOTARY PUBLIC
DIANE McDANIEL
929 W. Sunset Blvd
St. George, UT 84770
COMMISSION EXPIRES
FEB 15, 2001
STATE OF UTAH

4-19-05
I did in fact notarize this originally in 8-28-00
Diane McDaniel

2