| 63 | Act: Mo/Day/Yr/Time | Act: Kind or Type | Document: Mo/Day/Yr | Document: Kind or Type |
|---|---|---|---|---|
| 1 | 7-14-00 | | | Unemployment Affidavit |
| 2 | 7-14-00 | | | Affidavit |
| 3 | 7-17-00 | | | |
| 4 | 7-16-00 | | | Annual Assessment |
| 5 | 7-21-00 | | | 401 K Apartment deed |
| 6 | " | | | " |
| 7 | 7-26-00 | | | Const Power agreement |
| 8 | 8-10-00 12:00 | | | Will |
| 9 | 8-16-00 | | | Stock |
| 10 | 8-15-00 | | | Sig guar |
| 11 | 8-18-00 | | | Warranty Deed Power of Attorney |
| 12 | " | | | " |
| 13 | 8-25-00 | | | Stock Cert |
| 14 | " | | | " |
| 15 | 8-28-00 | | | Patent App. Cert of Identity |
| 16 | 8-28-00 | | | Cert of lien claimant |
| 17 | 8-29-00 | | | Sig Guar |
| 18 | 9-6-00 | | | |

I copied these pages out of my Notary book to prove I notarized a trailer tongue coupler lock sketch to be used for a patent for Paul Budge.

Dana McDaniel

I am the one who cut away any other customers information.

| # | Address of Person | Identification of Person | Additional Pertinent Information—Notary Fee |
|---|---|---|---|
| | | | 64 |
| 1 | 970 N 1300 W #18 | | |
| 2 | Box 141 Ivins | | |
| 3 | 546 N 500 W #6 | | |
| 4 | 735 N 1000 W. St.Geo | | |
| 5 | 946 Rio Lobo Dr St.Geo | | |
| 6 | " | | |
| 7 | 1886 W 1525 N St.Geo | | |
| 8 | 432 E Majestic Dr Ivins | Diane McDaniel, Asst Vice President-Manager, WELLS FARGO, Phoenix Plaza Office MAC U1604-011, 929 W Sunset Blvd, St. George, UT 84770, 435 628-7005 / 435 628-6598 Fax, 800 869-3557 24 Hr Customer Service, diane.mcdaniel@wellsfargo.com | |
| 9 | 31 N 700 E #256 | Diane McDaniel | |
| 10 | 571 W 15 N Cir St.Geo | Copied 4-19-05 out of my notary book. | |
| 11 | 781 N Valley View Dr #47 | | |
| 12 | 545 S. Valley View #00 | | |
| 13 | " | | |
| 14 | 193 E 790 S Cir St Geo | WDL 14975 0449 | Paul Budge |
| 15 | 520 S. 175 E. Ivins | | |
| 16 | 975 N 1725 W #102 | | |
| 17 | | | |