# Exhibit 1

Fulton UTL-100 Universal Coupler lock for trailers.

   

You are here ▸ Hitch accessories ▸ UTL100 Coupler lock

#UTL100 Fulton Universal Coupler Locks for Trailers

**Product Listing**

- Roof Racks
- Roof Accessories
- Bike Racks
- Ski Racks
- Cargo Carriers
- Water Sport Carriers
- Hitch Mount Racks
- Hitch Accessories
- Pickup Truck Racks
- Truck Bed Rails
- Spoilers
- Trunk Deck Racks
- Window Graphics
- Truck Tie Downs
- Car Pet Barrier
- Clearance Deals
- Gift Certificates

- Contact Us
- Testimonials

1 YEAR WARRANTEE

STATUS: IN STOCK ●
Usually ships within 24 hours.



**PRODUCT DETAILS:**
- Universal design locks most size couplers
- Die cast construction.
- Highly visible bright yellow protective coati

List Price: $40     OUR PRICE: $29.95
Shipping: $7.00  When ordered separately UPS Ground (
Shipping for this item will be removed if ordered with any 1

**Shipping:** UPS Ground $7.00
**Quantity:** [ Add to Cart ]

**Popular Accessories:**

Trailer Balls - Chrome
- Wide range of sizes available.
Drawbar Ball Mount
- For ball mount bike rack. 13.25" long
Locking Hitch Pins
- Available for 1.25" and 2" hitch.
Hitch Stabilizers - stops rattle noise
- Available for 1.25" and 2" hitch.
Bumper Adapter - RV bumpers
- Mount hitch rack to RV bumper.









| Shop by Manufacturer: | Thule | Yakima | Swagman | Just-Rite | Barrecrafters | Mont Blanc | Proline | PerryCra |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Fulton | StowAway 2 | Bull Ring | GlassScapes |  |  |  |  |

About Us   Directions   Email Us   Return Policy   Shipping & Transit Times   Security & Privacy   Help