UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEQUENT TRAILER PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSI-TECH CORP., <br><br> Defendant. | **NOTICE OF MOTION TO STAY** <br><br><br> Civil Action No. <br> **05-CV-0074(NAM/GJD)** |

Please take notice that the Motion of Defendant, Diversi-Tech Corp. to stay proceedings during the pendency of a Reexamination in the USPTO is returnable in the United States District Court for the Northern District of New York, at the Federal Courthouse, 100 S. Clinton Street, Syracuse, New York, before the Hon. Gustave DiBianco on his regularly scheduled return date of 28 February 2008, at 10:00am. The motion is made following the Settlement Conference of 18 December 2008 before Judge Mordue and in accordance with the Minute Entry in the docket with the same date. This Motion is accompanied by a supporting memorandum and declaration.

DATED THIS 18th day of January, 2008.

                                         s/Alan L. Edwards/_____
                                         Alan L. Edwards
                                         Bar Roll No.: 2356848

                                         KUNZLER & MCKENZIE
                                         *ATTORNEYS FOR DEFENDANT*
                                         8 EAST BROADWAY, SUITE 600
                                         SALT LAKE CITY, UT 84111

Telephone: (801) 994-4646
Facsimile: (801) 531-1929

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEQUENT TRAILER PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSI-TECH CORP., <br><br> Defendant. | Civil Action No. <br> **05-CV-0074(NAM/GJD)** |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2008, I electronically filed the foregoing Notice of Motion to Stay with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:


**David Bogdan Cupar**
**David Movius**
**Michael Snyder**
McDonald, Hopkins Law Firm
600 Superior Avenue E.
2100 Bank One Center
Cleveland, OH 44114

**Edward R. Conan, Esq.**
Bond, Schoeneck & King, PLLC
Attorneys for Plaintiff
One Lincoln Center
Syracuse, NY 13202

**Maria P. Vitullo**
Taft, Stettinius Law Firm
425 Walnut Street
Suite 1800
Cincinnati, OH 45202

3

s/Alan L. Edwards/

Alan L. Edwards