UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

CEQUENT TRAILER PRODUCTS, INC.,

              Plaintiff,

      v.

DIVERSI-TECH CORP.,

             Defendant.
---------------------------------------------------------------

Civil Action No.:
05-CV-74 (NAM/GJD)

**STIPULATION AND ORDER**
**OF DISMISSAL WITH PREJUDICE**



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 7 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Now come the undersigned attorneys for the respective parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, who hereby stipulate that the above action, having been settled out of Court, shall be and hereby is dismissed in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses. The Settlement Agreement is incorporated and made part of this Order.

Jointly submitted and agreed to by:

McDONALD HOPKINS CO., LPA

By: s/ David B. Cupar
    David B. Cupar (*Pro Hac Vice*)
2100 Bank One Center
600 Superior Avenue, East
Cleveland OH 44114-2653
Telephone: (216) 430-2036
Fax: (216) 348-5474
E-mail: dcupar@mcdonaldhopkins.com

*Attorneys for Cequent Trailer Products, Inc*

KUNZLER & McKENZIE, P.C.

By: s/ Alan L. Edwards
    Alan L. Edwards (*Pro Hac Vice*)
8 East Broadway, Suite 600
Salt Lake City UT 84111-2222
Telephone: (801) 994-4646
Fax: (801) 531-1929
E-mail: aedwards@kmiplaw.com

*Attorneys for Diversi-Tech Corp..*

**IT IS SO ORDERED:**

Dated: July 7, 2008

_____
Hon. Norman A. Mordue

1446733.1